**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   MAURICE JORDAN,                          No. C-12-6223 EMC (pr)

9              Petitioner,

10        v.                                 **ORDER OF TRANSFER**

11   R. T. C. GROUNDS, Warden,

12              Respondent.
    _____/

13

14       Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the

15   Solano County Superior Court.  Solano County lies within the venue of the Eastern District of

16   California.  Petitioner is confined at the Salinas Valley State Prison in Kern County, within the

17   venue of the Northern District of California.  Venue is proper in a habeas action in either the district

18   of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a

19   conviction or the sentence imposed is preferably heard in the district of conviction.  *See* N. D. Cal.

20   Habeas L.R. 2254-3(b).  Here, the preferred venue is the Eastern District of California because

21   petitioner was convicted in that district.  Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-

22   3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District

23   Court for the Eastern District of California.  The Clerk shall transfer this matter forthwith.

24       IT IS SO ORDERED.

25

26   Dated:  December 18, 2012

27                                           _____
                                             EDWARD M. CHEN
                                             United States District Judge
28