IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE JORDAN,

    Petitioner,                         No. 2:13-cv-0193 DAD

    vs.

RANDY GROUNDS, Warden,

    Respondent.                       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This habeas action was transferred to this court from the United States District Court for the Northern District of California by order filed January 30, 2013. (ECF No. 10.)

        Court records reflect that petitioner has another habeas corpus action pending in this court challenging the same Solano County Superior Court judgment of conviction that he seeks to challenge in this action. See Jordan v. Grounds, No. 2:12-cv-3049 TLN CKD P. Accordingly, the petition before the court in this action should instead be construed as a motion to amend the petition pending in that other pending action. See Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008).

        In accordance with the above, IT IS HEREBY ORDERED that:

1

1. The petition for writ of habeas corpus filed in this action is construed as a motion to amend the petition currently pending in <u>Jordan v. Grounds</u>, No. 2:12-cv-3049 TLN CKD P.

2. The Clerk of the Court is directed to file in <u>Jordan v. Grounds</u>, No. 2:12-cv-3049 TLN CKD P a copy of this order together with the petition filed in this action (ECF No. 1); and

3. The Clerk of the Court is directed to close this action.

DATED: April 22, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
jord13cv0193.o