IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JORDAN,

    Petitioner,                      No. 2:12-cv-3049 TLN CKD P

    vs.

R.T.C. GROUNDS,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The court is currently awaiting respondent's answer to petitioner's original habeas petition filed December 7, 2012. On December 11, 2012, petitioner filed a second petition raising two claims not raised in the first.[1]

        Good cause appearing, the court will dismiss both of petitioner's pending habeas petitions with leave to file a second amended petition. Petitioner must include all of his claims on his second amended petition. Respondent need take no further action until receiving further direction from the court.

---

[1] Although petitioner filed the second petition on December 11, 2012, he filed the petition in the Northern District of California; it was not docketed in the Eastern District of California until April 23, 2013.

Accordingly, IT IS HEREBY ORDERED that:

1. The applications for a writ of habeas corpus filed by petitioner on December 7, 2012 (Dkt. No. 1) and December 11, 2012 (Dkt. No. 21) are dismissed.

2. The Clerk of the Court shall send petitioner the court's form-application for writ of habeas corpus by state prisoners.

3. Petitioner is granted 30 days within which to file a second amended petition for writ of habeas corpus on the form to be provided by the Clerk of the Court. Petitioner's failure to file a second amended petition within 30 days will result in a recommendation that this case be dismissed.

4. Respondent need take no further action until receiving further direction from the court.

Dated: April 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jord3049.2ap