IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE D. JORDAN,** | Case No. 12-cv-3049 TLN CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **R.T.C. GROUNDS,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time (ECF No. 33) to and including **December 10, 2013**, in which to file and serve a response to the petition for writ of habeas corpus. The deadlines for filing any opposition, reply, or traverse as set forth in the August 12, 2013 Order shall remain in effect. *See* Doc. No. 32.

IT IS SO ORDERED.

Dated: October 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE